UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WAYNE CONNER,

    Plaintiff,

    v.

CITY OF SOUTH SAN FRANCISCO,

    Defendant.

Case No.  15-cv-02682-KAW

ORDER TO SHOW CAUSE

This action was filed on June 16, 2015. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days to complete service of the complaint and summons on Defendant, such that October 14, 2015 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  The Case Management Conference (CMC) originally scheduled for September 15, 2015 was continued because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 7.)

IT IS HEREBY ORDERED that by no later than November 30, 2015, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.  The case management conference currently set for November 17, 2015 is continued to January 26, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 11/13/15

                              KANDIS A. WESTMORE
                              United States Magistrate Judge