UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE CONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SOUTH SAN FRANCISCO,<br><br>    Defendant. | Case No. 15-cv-02682-KAW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

On November 13, 2015, this Court issued an order to show cause why this case should not be dismissed for failure to timely serve Defendant. (Order to Show Cause, Dkt. No. 9.) Shortly after the issuance of the order, Plaintiff filed a notice of voluntary dismissal, followed by an amended notice of voluntary dismissal. (Dkt. Nos. 10, 11.) Because Plaintiff has voluntarily dismissed this case, the order to show cause is hereby VACATED.

IT IS SO ORDERED.

Dated: 11/20/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge